DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CITIZENS PROPERTY INSURANCE CORPORATION,

Appellant,

v.

BORGES DIAZ and ESTRELLA VELASQUEZ,

Appellees.

No. 2D23-27

_____

April 3, 2024

Appeal from the Circuit Court for Hillsborough County; Paul Huey,
Judge.

Daniel M. Schwarz and Kara Rockenbach Link of Link & Rockenbach,
P.A., West Palm Beach, for Appellant.

Jeremy D. Bailie and Timothy W. Weber of Weber, Crabb & Wein, P.A.,
St. Petersburg, for Appellees.

PER CURIAM.

For the reasons explained in *Citizens Property Insurance v.
Barberan*, No. 2D22-2744 (Fla. 2d DCA Apr. 3, 2024), we conclude that
the trial court properly instructed the jury on the burden of proof.  We
affirm the final judgment without further comment.

CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.